JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MKHITAR MNATSAKANYAN,

Petitioner,

v.

FERETI SEMAIA *et al.*,

Respondents.

Case No. 5:26-cv-02417-ACCV

**ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241 AND ORDER DISCHARGING ORDER TO SHOW CAUSE**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 2241, the Petition for Writ of Habeas Corpus in this action is granted and judgment entered by the Court, without requiring any further proceedings and consistent with the reasons and findings set forth in Court's June 9, 2026 Order Granting Petition for Writ of Habeas Corpus.  (Dkt. 11.)

The Court has read Respondents' June 17, 2026 response (Dkt. 13) to the Court's Order to Show Cause ("OSC") issued on June 16, 2026 (Dkt. 12,) and accepts Respondents' late-filed notice.  Accordingly, the Court's June 16, 2026 OSC is DISCHARGED.

IT IS SO ORDERED.

DATED: June 18, 2026

HON. ANGELA C. C. VIRAMONTES
United States Magistrate Judge